# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SEMANA, BENIGNO                 §   Case No. 11-20227
                                         §
                                         §
Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 29, 2011. The undersigned trustee was appointed on June 29, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $_____5,000.00

          Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

          Leaving a balance on hand of [1]     $_____5,000.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 05/10/2012 and the deadline for filing governmental claims was 12/26/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $187.89, for total expenses of $187.89.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/22/2013            By:/s/David A. Rosenberg, Trustee

Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-20227 | Trustee: | (480023) | David A. Rosenberg, Trustee |
| Case Name: | SEMANA, BENIGNO | Filed (f) or Converted (c): | 06/29/11 (f) | |
| | | §341(a) Meeting Date: | 07/29/11 | |
| Period Ending: 10/22/13 | | Claims Bar Date: | 05/10/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Single Family Home 10672 Medicine Bow Street, La<br>   Order authorizing employment of real estate agent<br>   for estate entered 03/08/2013 [Doc 32]<br>Motion to sell filed 05/07/2013 [Doc 34]<br>Opposition filed 06/03/2013 [Doc 40]<br>Withdrawal filed 06/19/2013 [Doc 42] | 345,000.00 | 0.00 | | 5,000.00 | FA |
| 2 | Bank of America Checking Account Ending 5638<br>   No value to estate | 350.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking Account Ending 2465<br>   No value to estate | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America Business Checking Account Ending<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of Nevada Business Checking Account Ending<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of America Checking Account Ending 7153<br>   No value to estate | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods | 3,500.00 | 100.00 | | 0.00 | FA |
| 8 | Wearing Apparel<br>   No value to estate | 350.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Bands, Watch<br>   No value to estate | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Policy through ING No Cash V<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Term Life Insurance Policy through Primerica No<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance Policy through Rehab Hosp of<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Term Life Insurance Policy through The Hartford<br>   No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 401k through Fidelity<br>   No value to estate | 16,475.26 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-20227

**Case Name:** SEMANA, BENIGNO

**Period Ending:** 10/22/13

**Trustee:** (480023)   David A. Rosenberg, Trustee

**Filed (f) or Converted (c):** 06/29/11 (f)

**§341(a) Meeting Date:** 07/29/11

**Claims Bar Date:** 05/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Prime Choice Home Health Home Health Care Busine<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Visiting Nurses Non-Filing Spouses Business No A<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Tax Refund<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2000 Nissan Quest Approx. 130,000 miles<br>No value to estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Ford Expedition Approx. 62,000 miles Intend<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets   Totals** (Excluding unknown values) | **$368,875.26** | **$100.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**   July 29, 2013

**Current Projected Date Of Final Report (TFR):**   October 22, 2013  (Actual)

Printed: 10/22/2013 04:06 PM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-20227 |
| Case Name: | SEMANA, BENIGNO |
| Taxpayer ID #: | **-***1923 |
| Period Ending: | 10/22/13 |

| | |
|---|---|
| Trustee: | David A. Rosenberg, Trustee (480023) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****657166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/13 | {1} | Wishing Well Property Investments LLC | Buyers Premium | 1110-000 | 5,000.00 | | 5,000.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.00 | 0.00 | $5,000.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 5,000.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $5,000.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****657166 | 5,000.00 | 0.00 | 5,000.00 |
| | $5,000.00 | $0.00 | $5,000.00 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2012

| | |
|---|---|
| **Case Number:** 11-20227 | **Date:** October 22, 2013 |
| **Debtor Name:** SEMANA, BENIGNO | **Time:** 04:06:49 PM |

Page: 1

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $1,250.00 | $0.00 | 1,250.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $187.89 | $0.00 | 187.89 |
| 5<br>100 | SILVERADO COURT LANDSCAPE<br>MAINTENANCE CORPORATION<br>C/O RED ROCK FINANCIAL SERVICES<br>7251 AMIGO STREET #100<br>LAS VEGAS, NV 89119 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of<br>the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 1<br>610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $21,684.87 | $0.00 | 21,684.87 |
| 2<br>610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $7,625.59 | $0.00 | 7,625.59 |
| 3<br>610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $2,665.32 | $0.00 | 2,665.32 |
| 4<br>610 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $6,859.09 | $0.00 | 6,859.09 |
| 6<br>610 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $1,781.81 | $0.00 | 1,781.81 |
| 7<br>610 | PYOD, LLC ITS SUCCESSORS AND<br>ASSIGNS AS ASSIGNEE<br>OF CITIBANK<br>RESURGENT CAPITAL SERVICES,PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $1,770.04 | $0.00 | 1,770.04 |
| << Totals >> | | | | 43,824.61 | 0.00 | 43,824.61 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-20227
Case Name: SEMANA, BENIGNO
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:**   $   5,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 5 | SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION | 132.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - David A. Rosenberg, Trustee | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 187.89 | 0.00 | 187.89 |

Total to be paid for chapter 7 administration expenses:   $   1,437.89
Remaining balance:   $   3,562.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,562.11

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 3,562.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,386.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 1 | CHASE BANK USA, N.A. | 21,684.87 | 0.00 | 1,822.36 |
| 2 | AMERICAN EXPRESS BANK FSB | 7,625.59 | 0.00 | 640.84 |
| 3 | AMERICAN EXPRESS BANK FSB | 2,665.32 | 0.00 | 223.99 |
| 4 | CANDICA, LLC | 6,859.09 | 0.00 | 576.43 |
| 6 | ECAST SETTLEMENT CORPORATION | 1,781.81 | 0.00 | 149.74 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 1,770.04 | 0.00 | 148.75 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,562.11 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**           0.00

Remaining balance:                              $           0.00

**UST Form 101-7-TFR (05/1/2011)**